KATHERINE N. SMITH et al., Appellants, *v.* FRANK RUGGIERO, Respondent.

*Smith* v. *Ruggiero*, 52 App. Div. 382, affirmed.
(Argued January 12, 1903; decided January 27, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 6, 1900, affirming a judgment in favor of defendant entered upon the report of a referee.

*Frederick H. Kellogg* for appellants.

*Lorenzo Ullo* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.

---

LUZERNE A. WILD, as Executor of ALLEN WILD, Deceased, Appellant, *v.* WILLIAM C. PORTER, Sheriff of Delaware County, Respondent.

*Wild* v. *Porter*, 59 App. Div. 350, affirmed.
(Argued January 12, 1903; decided January 27, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 14, 1901, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Andrew G. Washbon* for appellant.

*James R. Baumes* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.